# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICKY JONES,

    Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF
BRIDGE STRUCTURAL ORNAMENTAL
AND REINFORCING IRON WORKERS et al.,

    Defendants.

Case No. 10-C-560

## AMENDED ORDER

On March 28, 2012, the court entered an order denying in part and granting in part defendant Iron Worker Local 8 Health and Welfare Fund Board of Trustees' (Board of Trustees) motion to dismiss. However, in its decision, the court had granted the defendant's motion to dismiss the plaintiff's ERISA claims, the only claims in the complaint against defendant Board of Trustees. Therefore, this order corrects the court's order of March 28, 2012, with respect to the Board of Trustees.

**NOW, THEREFORE, IT IS ORDERED** that the defendant Board of Trustees' motion to dismiss be and hereby is **granted**.

**IT IS FURTHER ORDERED** that defendant Board of Trustees be and hereby is **dismissed**.

Dated at Milwaukee, Wisconsin this 21st day of May, 2012.

                                      BY THE COURT:

                                      <u>s/Patricia J. Gorence</u>
                                      PATRICIA J. GORENCE
                                      United States Magistrate Judge